THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ELIAS NATAL, Defendant-Appellant.

(No. 58533;

First District (1st Division)—April 1, 1974.

PER CURIAM.

BURKE, J., took no part.

James J. Doherty, Public Defender, of Chicago (John T. Moran, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr. and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.